# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| JESSICA B., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Docket no. 1:17-cv-294-NT |
| NANCY A. BERRYHILL, Deputy | ) |
| Commissioner for Operations, | ) |
| Performing the Duties and Functions | ) |
| Not Reserved to the Commissioner | ) |
| of Social Security, | ) |
| | ) |
| Defendant | ) |

## ORDER AFFIRMING THE RECOMMENDED
## DECISION OF THE MAGISTRATE JUDGE

On June 3, 2018, the United States Magistrate Judge filed with the court and copies to the parties, his Recommended Decision. The Plaintiff filed her objections to the Recommended Decision on June 18, 2018. I have reviewed and considered the Recommended Decision and the objections, together with the entire record; I have made a *de novo* determination of all matters adjudicated by the Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in the Recommended Decision.

It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **ADOPTED** and the Commissioner's Decision is **AFFIRMED**.

SO ORDERED.

/s/ Nancy Torresen
United States Chief District Judge

Dated this 7th day of September, 2018.